539 A.2d 347

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Glenn DUNBAR, Respondent.**

Supreme Court of Pennsylvania.

March 8, 1988.

## ORDER

PER CURIAM.

Petition for allowance of appeal granted. The order of the Superior Court is reversed, the complaints are reinstated, and the matter is remanded to the Court of Common Pleas of Carbon County for further consideration in light of *Commonwealth v. Revtai,* 516 Pa. 53, 532 A.2d 1.

McDERMOTT, J., did not participate in the consideration or decision of this matter.